AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern    DISTRICT OF    New York

Amy Negron fka/Officer Amy O'Bryan

**JUDGMENT IN A CIVIL CASE**

V.

Paul Wesolowski, defendant/cross-claimant

Case Number: 1:08-cv-692 (FJS) partial judgment

V.

Richard J. Bockelmann, defendant/cross-defendant

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**As to defendant Paul Wesolowski's cross-claim against defendant Richard J. Bockelmann only**:

A jury verdict having been rendered on October 3, 2011 finding for Paul Wesolowski as to his cross-claim of malicious prosecution against Richard J. Bockelmann and the Court thereafter having rendered a decision on August 20, 2012 granting a motion for Judgment as a Matter of Law as to certain claims which included Paul Wesolowski's cross-claim for malicious prosecution against Richard J. Bockelmann and now having held a conference with counsel on September 21, 2012 whereby, in light of the Court's August 20, 2012 order, Plaintiff's counsel agreed to discontinue the claim against Paul Wesolowski and counsel for Paul Wesolowski reserving his right to appeal the Court's motion decision on the cross-claim the Court hereby

**ORDERS** that Plaintiff's claims against Wesolowski are discontinued with prejudice and further that, pursuant to Rule 54(B) of the Federal Rules of Civil Procedure, that **final judgment is entered with respect to Wesolowski's cross-claim against Richard Bockelmann** as there is no just reason to delay entry of judgment on the cross-claim.

All of the above pursuant to orders of the Honorable Frederick J. Scullin, Jr. dated August 20, 2012 and October 11, 2012.

October 12, 2012                    Lawrence K. Baerman
Date                                Clerk

                                    (By) Deputy Clerk
                                    Barbara J. Woodford